IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER PECHO, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BOLLÉ BRANDS INC., a New York corporation,<br><br>Defendant. | Case No. 1:22-CV-00113<br><br>Hon. Martha M. Pacold<br><br>Hon. Mag. Judge Sheila M. Finnegan |

**DEFENDANT BOLLÉ BRANDS INC.'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO RULES 12(b)(3) AND 12(b)(6)**

Pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6), Defendant Bollé Brands Inc. ("Bollé") respectfully moves to dismiss Plaintiff's Class Action Complaint (ECF No. 1-1), and in support thereof states the following:

1. Plaintiff's Complaint should be dismissed for improper venue under Rule 12(b)(3) because Plaintiff agreed that any disputes relating to his use of Bollé's website would be subject to mandatory arbitration on an individual basis in San Diego County, California, which is outside this District.

2. Even if venue in this District were proper, Plaintiff's Complaint—which asserts one count under the Illinois Biometric Information Privacy Act—should be dismissed for failure to state a claim under Rule 12(b)(6) due to the statute's exemption for "information captured from a patient in a health care setting or information collected, used, or stored for health care treatment, payment, or operations under the federal Health Insurance Portability and Accountability Act of 1996." 740 ILCS 14/10.

3.      In further support of its Motion, Bollé incorporates its Memorandum of Law filed contemporaneously herewith.

**WHEREFORE**, Bollé respectfully requests that the Court grant its Motion and enter an Order dismissing Plaintiff's Class Action Complaint with prejudice and granting such other relief as the Court deems appropriate.

| | |
|---|---|
| Dated: February 28, 2022 | Respectfully submitted, |
| | /s/ *Gerald L. Maatman, Jr.* |
| | Gerald L. Maatman, Jr. |
| | (gmaatman@seyfarth.com) |
| | Jennifer A. Riley |
| | (jriley@seyfarth.com) |
| | Tyler Z. Zmick |
| | (tzmick@seyfarth.com) |
| | SEYFARTH SHAW LLP |
| | 233 South Wacker Drive |
| | Suite 8000 |
| | Chicago, Illinois 60606 |
| | Telephone: (312) 460-5000 |
| | |
| | **Attorneys for Defendant** |

**CERTIFICATE OF SERVICE**

    I, Gerald L. Maatman, Jr., an attorney, certify that on February 28, 2022, I caused a true and correct copy of the foregoing document to be served upon all counsel of record for all parties that have appeared via the Court's CM/ECF system.

                                                 /s/ *Gerald L. Maatman, Jr.*
                                                 Gerald L. Maatman, Jr.