IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER PECHO, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BOLLÉ BRANDS INC., a New York corporation,<br><br>Defendant. | Case No. 1:22-CV-00113<br><br>Hon. Martha M. Pacold<br><br>Hon. Mag. Judge Sheila M. Finnegan |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Christopher Pecho and Defendant Bollé Brands Inc., by and through their counsel, hereby request that the Court dismiss this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), with each party to bear its own attorneys' fees, expenses, and costs in connection with this action.

DATED: May 13, 2022

[*Signatures appear on next page.*]

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| CHRISTOPHER PECHO | BOLLÉ BRANDS INC. |

/s/ David L. Gerbie (with permission)
David L. Gerbie
(dgerbie@mcgpc.com)
Chandne Jawanda
(cjawanda@mcgpc.com)
MCGUIRE LAW, P.C.
55 W. Wacker Drive
9th Floor
Chicago, IL 606061
Telephone: (312) 893-7002

*Attorneys for Plaintiff Christopher Pecho*

/s/ Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr.
(gmaatman@seyfarth.com)
Jennifer A. Riley
(jriley@seyfarth.com)
Tyler Z. Zmick
(tzmick@seyfarth.com)
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000

*Attorneys for Defendant Bollé Brands Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on May 13, 2022, he caused a true and correct copy of the foregoing to be served via the Court's ECF/electronic mailing system upon all parties of record.

/s/ Gerald L. Maatman, Jr.